TICE STEVENS would deny the application. Motion of Terminal-Hudson Electronics of California, Inc., dba Opti-Cal, for leave to intervene as an appellee denied.

No. 74–1487. UNITED STATES v. MacCOLLOM. C. A. 9th Cir. [Certiorari granted, 423 U. S. 821.] Motion of the Solicitor General to permit Frank H. Easterbrook, Esquire, to argue *pro hac vice* on behalf of the United States granted.

No. 74–6257. GREGG v. GEORGIA. Sup. Ct. Ga.;

No. 75–5394. JUREK v. TEXAS. Ct. Crim. App. Tex.;

No. 75–5491. WOODSON ET AL. v. NORTH CAROLINA. Sup. Ct. N. C.;

No. 75–5706. PROFFITT v. FLORIDA. Sup. Ct. Fla.; and

No. 75–5844. ROBERTS v. LOUISIANA. Sup. Ct. La. [Certiorari granted, 423 U. S. 1082.] Motion of the Attorney General of California for leave to participate in oral argument as *amicus curiae* granted.

No. 75–130. QUINN, COMMISSIONER, CHICAGO FIRE DEPARTMENT v. MUSCARE. C. A. 7th Cir. [Certiorari granted, 423 U. S. 891.] Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 75–552. KLEPPE, SECRETARY OF THE INTERIOR, ET AL. v. SIERRA CLUB ET AL.; and

No. 75–561. AMERICAN ELECTRIC POWER SYSTEM ET AL. v. SIERRA CLUB ET AL. C. A. D. C. Cir. [Certiorari granted, 423 U. S. 1047.] Joint motion of petitioners for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument.